No. 1056. GRACE PEMBERTON *v.* MORRIS FERTILIZER COMPANY. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Cir-

cuit denied. *Mr. A. H. King, Mr. George C. Bedell* and *Mr. Roswell King* for petitioner. *Mr. Peter O. Knight, Mr. C. Fred Thompson* and *Mr. A. G. Turner* for respondent.